# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

MICHAEL DEWAYNE ANDERSON,
AIS # 156270                                          :

    Plaintiff,                                    :

vs.                                                   :    CIVIL ACTION 03-0250-CB-L

HERMAN YOUNG THOMAS,                                  :

    Defendant.                                    :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby

**DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)

for plaintiff's failure to state a claim upon which relief may be granted.

**DONE** this 21st day of December, 2004.


                          **s/CHARLES R. BUTLER, JR.**
                          **UNITED STATES DISTRICT JUDGE**